UNITED STATES of America,
Plaintiff—Appellee,

v.

Anthony Walter WILLIAMS, a/k/a
Tone, Defendant—Appellant.

No. 10–6739.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 19, 2010.

Decided: Oct. 27, 2010.

Anthony Walter Williams, Appellant Pro Se. Lisa Grimes Johnston, Assistant United States Attorney, Huntington, West Virginia, for Appellee.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Walter Williams appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams,* No. 3:98–cr–00048–5, 2010 WL 1881885 (S.D.W.Va. May 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*